UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KAREN FLORES, | ) |
| Plaintiff | ) ) ) |
| vs. | ) CASE NO. 2:11-CV-138 RM ) |
| REID AMONES *et al.*, | ) ) |
| Defendants | ) |

OPINION AND ORDER

After removing the above-captioned cause of action to federal court, the defendants moved to dismiss the complaint under Fed. R. Civ. P. 12(b)(6). In lieu of a response, the plaintiff filed an amended complaint, deleting several of the defendants, and revising her federal and state law claims. Accordingly, the defendants' motion to dismiss [Doc. No. 16] is DENIED as moot, with leave to refile to the extent the motion is applicable to the amended complaint.

SO ORDERED.

ENTERED:   June 16, 2011

/s/ Robert L. Miller, Jr.
Judge
United States District Court